UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THOMAS GREEN,

    Plaintiff,

v.                                      Case No.  3:15v124-MCR-CJK

BAPTIST HOSPITAL, INC.,

    Defendant.
_____/

ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 28, 2016 (doc. 53).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No timely objections have been filed.  Having considered the Report and Recommendation and the record, the Court finds that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.	The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's motion for summary judgment (doc. 42) is **GRANTED**.

3. The Clerk is directed to enter judgment in favor of defendant and against plaintiff.

4. The Clerk is directed to close the file.

**DONE AND ORDERED** this 29th day of December, 2016.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**